■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL FAISON, Appellant. [707 NYS2d 902] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 18, 1998 *(People v Faison,* 250 AD2d 777), affirming a judgment of the Supreme Court, Queens County, rendered March 21, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Friedmann, J. P., Goldstein, Florio and Luciano, JJ., concur.